FILED
2009 Sep-28 PM 04:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BONNIDE JOHNSON, | ] |
| Petitioner, | ] |
| vs. | ]     CV-09-RRA-1727-S |
| WARDEN GRANT CULLIVER and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ] |
| Respondents. | ] |

### ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED without prejudice**. Costs are taxed to the petitioner.

Done this 28th day of September 2009.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671